IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KENNETH W. KUEHNER,

Plaintiff,

vs.

SHAINA N. MARION, Conspiritece; and
MITCHELL J. KRUTINA, Cook;

Defendants.

**8:24CV262**

**ORDER TO SHOW CASE**

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendants, and Defendants have not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until November 5, 2024 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 22nd day of October, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge