IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH W. KUEHNER,<br><br>Plaintiff,<br><br>vs.<br><br>SHAINA N. MARION, Conspiritece; and<br>MITCHELL J. KRUTINA, Cook;<br><br>Defendants. | 8:24CV262<br><br>ORDER |

    This matter is before the Court on the Magistrate Judge's Findings and Recommendation ([Filing No. 6](#)) recommending that the Court dismiss Plaintiff's Complaint for failure of service and failure to prosecute. There has been no objection. *See* [28 U.S.C. § 636(b)(1)](#); NECivR 72.2.

    A party's failure to file an objection to a report and recommendation of a magistrate judge waives not only de novo review, "but *any* review by the Court." *[Ramos v. Farmers Ins. (NWL)](#)*, 586 F.Supp.3d 968, 969 (D. Neb. 2022) (citing *[Thomas v. Arn](#),* 474 U.S. 140, 149-51, 106 S.Ct. 466 (1985); *[United States v. Wise,](#)* 588 F.3d 531, 537 n.5 (8th Cir. 2009); *[Daley v. Marriott Int'l, Inc.,](#)* 415 F.3d 889, 893 (8th Cir. 2005)). Accordingly, the Court finds that the Magistrate Judge's recommendation should be adopted, and this case dismissed.

    **IT IS ORDERED:**

1. The Magistrate Judge's Findings and Recommendation ([Filing No. 6](#)) is adopted.
2. This case is dismissed.
3. A separate judgment will be entered.

Dated this 11th day of December, 2024.

BY THE COURT:

*Susan M Bazis*

Susan M. Bazis
United States District Judge